*Brian Rogers, et al. v. THD-at-Home Services, Inc., et al.*,
**Case No.:  5-14-CV-02069-JGB-SP**
(U.S. District Court, C.D. Cal.)
(Hon. Jesus G. Bernal)

# EXHIBIT N

TO DECLARATION OF RICHARD E. QUINTILONE

IN SUPPORT OF PLAINTIFF'S MOTION FOR CLASS CERTIFICATION

## TO BE FILED UNDER SEAL

DOCUMENT NOT INCLUDED WITH THIS EXHIBIT