RICHARD E. QUINTILONE II (SBN 200995)
ALVIN B. LINDSAY (SBN 220236)
**QUINTILONE & ASSOCIATES**
22974 EL TORO ROAD SUITE 100
LAKE FOREST, CA 92630-4961
TELEPHONE NO. (949) 458-9675
FACSIMILE NO. (949) 458-9679
E-MAIL: REQ@QUINTLAW.COM; ABL@QUINTLAW.COM

DAREN H. LIPINSKY, ESQ. (SBN 190955)
**BROWN & LIPINSKY, LLP**
5811 PINE AVENUE, SUITE A
CHINO HILLS, CA 91709
TELEPHONE NO. (909) 597-2445
FACSIMILE NO. (909) 597-6199
EMAIL DLIPINSKY@AOL.COM

Attorneys for Plaintiff AMY CASEY individually and all others similarly situated

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN ROGERS, an individual, and AMY CASEY, an individual, on behalf of themselves, and on behalf of all employees similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>THD AT-HOME SERVICES, INC. dba HOME DEPOT, a Delaware Corporation; US REMODELERS dba HOME DEPOT INTERIORS, a Delaware Corporation; US HOME SYSTEMS. INC., an unknown corporation, and DOES 1 through 100, inclusive,<br><br>Defendants. | Case No.: 5:14-cv-02069-JGB-SP<br><br>**CLASS ACTION**<br><br><u>Assigned for All Purposes To:</u><br>Judge: Jesus G. Bernal<br><br>**DECLARATION OF ALVN B. LINDSAY IN SUPPORT OF PLAINTIFF'S MOTION FOR CLASS CERTIFICATION**<br><br>[Filed concurrently with Notice of Motion, Memorandum, Plaintiffs' Declarations; Declarations of Putative Class Members; Declaration of Richard E. Quintilone, II; [Proposed] Order]<br><br>Date:   June 13, 2016<br>Time:   9:00 a.m.<br>Courtroom:   1<br><br>Complaint Filed: July 14, 2014<br>Removed: October 6, 2014<br>Amended Complaint: January 29, 2015 |

-1-

DECLARATION OF ALVIN B. LINDSAY IN SUPPORT OF PLAINTIFF'S MOTION FOR CLASS CERTIFICATION

# DECLARATION OF ALVIN B. LINDSAY

I, Alvin B. Lindsay, declare as follows:

1. I am an attorney duly licensed to practice law in the State of California and am a senior attorney with Quintilone & Associates, counsel for Plaintiffs and the Class in this matter. I make this Declaration based on my own personal knowledge. I have participated in this case starting at this firm in January of 2015, and if called to testify, I could and would testify truthfully to the matters set forth in this Declaration.

2. I submit this Declaration in support of the Motion for Class Certification filed by Plaintiff Amy Casey on behalf of herself and all others similarly situated, against Defendants. I have been involved in all aspects of this litigation and in the day to day progress of the action since I joined Quintilone & Associate in January of 2015, including all meet and confer efforts with Defendant's counsel and all discovery and motion and hearing practice.

3. **Rule 23(g) – Class Counsel - Background and Experience**. As an attorney duly licensed and admitted to practice before the state and federal courts in California, I have litigated complex civil actions for fourteen years, focusing on intellectual property litigation and employment wage and hour class actions. I have the requisite knowledge of class proceedings, applicable class action and employment law, and federal court procedures, to represent Plaintiff and the class members in the action. For the past five years, I have primarily focused my practice on litigating complex California wage and hour class actions, first with the firm of James Hawkins, APLC and now with Quintilone & Associates. In the course of representing class plaintiffs, I have litigated and settled multiple class actions in the Central District.

4. I graduated from Whittier Law School, and have been practicing in California for the past 14 years. During my second year in law school, I began clerking full time for the well-respected intellectual property boutique firm, Fulwider Patton in Los Angeles, California. When I graduated, I became an attorney with the

DECLARATION OF ALVIN B. LINDSAY IN SUPPORT OF PLAINTIFF'S MOTION FOR CLASS CERTIFICATION

firm and served there for 5 years, and was active in the Inns of Court. My practice focused on intellectual property prosecution and litigation, and I spent the majority of my time representing clients in patent infringement litigation. I also served in a similar capacity for the San Francisco firm, King & Kelleher, for three years, and appeared predominantly in the Central and Northern District of California Courts prosecuting and defending patent infringement actions.

5. Prior to attending law school, I graduated from the United States Military Academy at West Point. I then served as an Army Officer for 10 years in the Corps of Engineers, in various stateside and overseas postings. I am a veteran of Operation Desert Shield/Desert Storm.

6. Since 2010, I have been the senior attorney responsible for the day to day litigation of well over 50 wage and hour class actions on behalf of employee class members. I have had numerous contested class action cases certified, and have secured settlements for many millions of dollars for our clients. I am experienced and qualified to evaluate the class claims, to evaluate settlement versus trial on a fully informed basis and to evaluate the viability of the defenses. I enjoy being an attorney, and especially being a complex civil litigator focusing on class action proceedings. I value the fact that what we do is a profession, and I value professional relationships I have developed with my fellow plaintiffs' counsel and the attorneys from the well-respected corporate civil defense firms we litigate against on a daily basis.

7. The following are examples of some of my cases which have resulted in favorable settlements for the employee class members I have represented:

    a. *Batres v. HMS Host USA, Inc. et al.,* CD Cal Case No. SACV 10-01458 CJC (AJWx) (Hon. Cormac J. Carney);

    b. *Barrera v Sodexo, Inc.,* CD Cal Case No. SACV 13-0817 AG (MANx) (Hon. Andrew J. Guilford);

    c.    *Mojica v Compass Group, et al.*, CD Cal Case No. 8:13-cv-01754 DSF (AGR) (Hon. Dale S. Fischer):

    d.    *Aguilar v 7-Eleven*, Orange County Superior Court, Case No. 30-2009-00268714-CU-OE-CXC (Hon. Kim G. Dunning);

    e.    *Pedro M. Guerrero v. E-Recycling of California*, Orange County Superior Court Case No. 30-2012-00552453-CU-OE-CXC (Hon. Gail A. Andler);

    f.    *Virginia Rodriguez v Exel Inc.,* San Bernardino County Superior Court, Case No. CIVDS 1104594 (Hon. Bryan F. Foster);

    g.    *Palacios v LKQ Lakenor Auto & Truck Salvage, Inc., et al.,* Orange County Superior Court, Case No. 30-2012-00552979-CU-OE-CXC (Hon. Steven L. Perk);

    h.    *Ayala et al. v Park Anaheim Health Care, LLC*, Orange County Superior Court, Case No. 30-2013-00649442-CU-OE-CXC (Hon. Gail A. Andler);

    i.    *Daniel v Xerxes Corporation*, Orange County Superior Court, Case No. 30-2010-00418048-CU-OE-CXC (Hon. Gail A. Andler);

    j.    *Magana v HVM L.L.C. et al.,* Orange County Superior Court Case No. 30-2011-00468712-CU-OE-CXC (Hon. Gail A. Andler);

    k.    *Vo v Express Manufacturing, Inc*., Orange County Case No. 30-2012-00552641-CU-OE-CXC (Hon. Gail A. Andler); and

    l.    *Yac v Paper Source Converting & Manufacturing*, Los Angeles Superior Court, Case No. BC 472113 (Hon. Michael L. Stern).

    m.    Bui v Sprint Corporation, ED Cal Case No. Case No. 2:14-CV-02461-TLN-AC  (Hon. Troy L. Nunley)

    n.    *Munoz v Stine CC Inc.,* (Hon. Lorna H. Brumfield), Kern County Superior Court, S-1500-CV-283104-LHB.

8. The above matters are not exhaustive, but provide samples of the types of class action litigations I have successfully resolved. Quintilone & Associates is presently prosecuting approximately 15 class action litigations in state and federal courts across California, including multiple other cases in the Central District. We also have several actions that are in the stages of preliminary and final approval.

9. My participation in wage and hour class action litigations in California has included extensive preparation, development of a thorough knowledge of the legal issues related to certification and liability, and full immersion and participation in the mediation and negotiation process. I am therefore experienced in the type of class action litigation involving violations of California's wage and hour laws which are the subject of this action.

10. As a result of my prior experience as Class Counsel in other wage and hour class actions, I am fully aware of the responsibilities I would owe as Counsel to the proposed Class in this action. I have thoroughly investigated the Class claims asserted in this action, and I am prepared to commit the resources necessary to represent the proposed Class and vigorously pursue their claims. Finally, I am not aware of any conflict of interest between myself and Plaintiff or any other Class Member that would interfere with my duties as Class Counsel or impede my representation of the proposed Class.

I declare under penalty of perjury under the laws of the United States and the State of California that the foregoing is true and correct and that this Declaration was executed at Lake Forest, California on **April 26, 2016.**

_____
ALVIN B. LINDSAY

DECLARATION OF ALVIN B. LINDSAY IN SUPPORT OF PLAINTIFF'S MOTION FOR CLASS CERTIFICATION

# PROOF OF SERVICE

I, the undersigned, declare as follows:

I am a citizen of the United States, over the age of 18 years, and not a party to the within action. I am an employee of or agent for Quintilone & Associates, whose business address is 22974 El Toro Rd., Suite 100, Lake Forest, CA 92630-4961.

On **April 26, 2016**, I served the foregoing document(s):
**DECLARATION OF ALVIN B. LINDSAY IN SUPPORT OF PLAINTIFFS' MOTION FOR CLASS CERTIFICATION**

on the following parties in this action addressed as follows:

**SEE ATTACHED SERVICE LIST**

_____   *(BY MAIL)* I caused a true copy of each document, placed in a sealed envelope with postage fully paid, to be placed in the United States mail at Lake Forest, California. I am "readily familiar" with this firm's business practice for collection and processing of mail, that in the ordinary course of business said document(s) would be deposited with the U.S. Postal Service on that same day. I understand that the service shall be presumed invalid if the postal cancellation date or postage meter date on the envelope is more than one day after the date of deposit for mailing contained on this affidavit.

_____   *(BY PERSONAL SERVICE)* I delivered each such document by hand to each addressee above.

_____   *(BY OVERNIGHT DELIVERY)* I caused a true copy of each document, placed in a sealed envelope with delivery fees provided for, to be deposited in a box regularly maintained by Federal Express or Overnight Express. I am readily familiar with this firm's practice for collection and processing of documents for overnight delivery and know that in the ordinary course of Quintilone & Associates' business practice the document(s) described above will be deposited in a box or other facility regularly maintained by Federal Express or Overnight Express or delivered to a courier or driver authorized by Federal Express or Overnight Express to receive documents on the same date it is placed at Quintilone & Associates for collection.

_____   *(BY FACSIMILE)* By use of facsimile machine number 949.458.9679, I served a copy of the within document(s) on the above interested parties at the facsimile numbers listed above. The transmission was reported as complete and without error. The transmission report was properly issued by the transmitting facsimile machine.

\_\_\_X\_\_   *(BY E-MAIL)* I caused a true and correct copy of each document to be delivered by Electronic Mail through the Court's ECF System.

Executed on **April 26, 2016** at Lake Forest, California.

\_\_\_X\_\_\_\_   (**FEDERAL**) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

_____   (**STATE**) I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

_____
ALVIN B. LINDSAY

## SERVICE LIST

| | |
|---|---|
| Joel Cohn, Esq.<br>Donna M. Mezias Esq.<br>Ashley Keapproth, Esq.<br>Liz K. Bertko Esq.<br>Akin Gump Strauss Hauer & Feld LLP<br>580 California Street, Suite 1500<br>San Francisco, CA 94104<br>Telephone: 415.765.9500<br>Facsimilie: 415.765.9501<br>jcohn@akingump.com<br>dmezias@akingump.com<br>akeapproth@aikingum.com<br>lbertko@akingump.com | Attorneys for Defendants<br>. |
| Daren H. Lipinski Esq.<br>Brown & Lipinski<br>5811 Pine Avenue, Suite A<br>Chino Hlls, California 91709<br>Tel (909) 597-2445<br>Fax (909) 597-6199<br>Email dlipinsky@aol.com | Co-Counsel for Plaintiffs and Class |

**Q&A Case No.: 14.01174**