UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN ROGERS, an individual, and AMY CASEY, an individual, on behalf of themselves, and on behalf of all employees similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>THD AT-HOME SERVICES, INC. dba HOME DEPOT, a Delaware Corporation; US REMODELERS dba HOME DEPOT INTERIORS, a Delaware Corporation; US HOME SYSTEMS. INC., an unknown corporation, and DOES 1 through 100, inclusive,<br><br>Defendants. | **Case No.: 5:14-cv-02069-JGB-SP**<br><br>**CLASS ACTION**<br><br>**Assigned for All Purposes To:**<br>**Judge: Jesus G. Bernal**<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF'S APPLICATION TO FILE DOCUMENTS UNDER SEAL PURSUANT TO LOCAL RULE 79-5**<br><br>Date: June 13, 2016<br>Time: 9:00 a.m.<br>Courtroom: 1<br><br>Complaint Filed: July 14, 2014<br>Removed: October 6, 2014<br>Amended Complaint: January 29, 2015 |

-1-
ORDER GRANTING PLAINTIFF'S APPLICATION TO FILE DOCUMENTS UNDER SEAL

# ORDER

Plaintiff's Application to File Documents Under Seal pursuant to Local Rule 79-5 came before the Court for hearing. Having considered the documents before it and any arguments of counsel, and being fully advised, the Court finds good cause for granting the Application, and ORDERS as follows:

1. Plaintiff is granted leave to file the following documents:

   a) **Exhibit M** to the Declaration of Richard E. Quintilone, II in support of Plaintiff's Motion for Class Certification (ECF No. 50). Document entitled "Store Connectivity."

   b) **Exhibit N** to the Declaration of Richard E. Quintilone, II in support of Plaintiff's Motion for Class Certification (ECF No. 50). Document entitled "HDI On-boarding for Sales Consultants Participant Guide (12/2013)."

   c) **Exhibit O** to the Declaration of Richard E. Quintilone, II in support of Plaintiff's Motion for Class Certification (ECF No. 50). Document entitled "Store Connectivity." "Home Depot Interiors Sales Consultant Time In Stores."

**IT IS SO ORDERED**

DATE: _____   _____
                              HON. JESUS G. BERNAL
                              U.S. District Court Judge

# PROOF OF SERVICE

I, the undersigned, declare as follows:

I am a citizen of the United States, over the age of 18 years, and not a party to the within action. I am an employee of or agent for Quintilone & Associates, whose business address is 22974 El Toro Rd., Suite 100, Lake Forest, CA 92630-4961.

On **April 26, 2016**, I served the foregoing document(s):
**PROPOSED ORDER GRANTING PLAINTIFF'S APPLICATION TO FILE DOCUMENTS UNDER SEAL PURSUANT TO L.R. 79-5**

on the following parties in this action addressed as follows:

## SEE ATTACHED SERVICE LIST

_____ *(BY MAIL)* I caused a true copy of each document, placed in a sealed envelope with postage fully paid, to be placed in the United States mail at Lake Forest, California. I am "readily familiar" with this firm's business practice for collection and processing of mail, that in the ordinary course of business said document(s) would be deposited with the U.S. Postal Service on that same day. I understand that the service shall be presumed invalid if the postal cancellation date or postage meter date on the envelope is more than one day after the date of deposit for mailing contained on this affidavit.

_____ *(BY PERSONAL SERVICE)* I delivered each such document by hand to each addressee above.

_____ *(BY OVERNIGHT DELIVERY)* I caused a true copy of each document, placed in a sealed envelope with delivery fees provided for, to be deposited in a box regularly maintained by Federal Express or Overnight Express. I am readily familiar with this firm's practice for collection and processing of documents for overnight delivery and know that in the ordinary course of Quintilone & Associates' business practice the document(s) described above will be deposited in a box or other facility regularly maintained by Federal Express or Overnight Express or delivered to a courier or driver authorized by Federal Express or Overnight Express to receive documents on the same date it is placed at Quintilone & Associates for collection.

_____ *(BY FACSIMILE)* By use of facsimile machine number 949.458.9679, I served a copy of the within document(s) on the above interested parties at the facsimile numbers listed above. The transmission was reported as complete and without error. The transmission report was properly issued by the transmitting facsimile machine.

\_\_\_X\_\_ *(BY E-MAIL)* I caused a true and correct copy of each document to be delivered by Electronic Mail through the Court's ECF System.

Executed on **April 26, 2016** at Lake Forest, California.

\_\_\_X\_\_\_\_ (**FEDERAL**) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

_____ (**STATE**) I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

_____
ALVIN B. LINDSAY

## SERVICE LIST

| | |
|---|---|
| Joel Cohn, Esq.<br>Donna M. Mezias Esq.<br>Ashley Keapproth, Esq.<br>Liz K. Bertko Esq.<br>Akin Gump Strauss Hauer & Feld LLP<br>580 California Street, Suite 1500<br>San Francisco, CA 94104<br>Telephone: 415.765.9500<br>Facsimilie: 415.765.9501<br>jcohn@akingump.com<br>dmezias@akingump.com<br>akeapproth@aikingum.com<br>lbertko@akingump.com | Attorneys for Defendants<br>. |
| Daren H. Lipinski Esq.<br>Brown & Lipinski<br>5811 Pine Avenue, Suite A<br>Chino Hlls, California 91709<br>Tel (909) 597-2445<br>Fax (909) 597-6199<br>Email dlipinsky@aol.com | Co-Counsel for Plaintiffs and Class |

**Q&A Case No.: 14.01174**