<u>*Brian Rogers, et al. v. THD-at-Home Services, Inc., et al.*</u>,
**Case No.: 5-14-CV-02069-JGB-SP**
(U.S. District Court, C.D. Cal.)
(Hon. Jesus G. Bernal)

# EXHIBIT M

TO DECLARATION OF RICHARD E. QUINTILONE

IN SUPPORT OF PLAINTIFF'S MOTION FOR
CLASS CERTIFICATION

## TO BE FILED UNDER SEAL
pursuant to Local Rule 79-5

NO REDACTED DOCUMENT INCLUDED

The entire document was designated CONFIDENTIAL
by Defendants