1  RICHARD E. QUINTILONE II (SBN 200995)
   ALVIN B. LINDSAY (SBN 220236)
2  **QUINTILONE & ASSOCIATES**
   22974 EL TORO ROAD SUITE 100
3  LAKE FOREST, CA  92630-4961
   TELEPHONE NO. (949) 458-9675
4  FACSIMILE NO. (949) 458-9679
   E-MAIL:  REQ@QUINTLAW.COM; ABL@QUINTLAW.COM
5
   DAREN H. LIPINSKY, ESQ. (SBN 190955)
6  **BROWN & LIPINSKY, LLP**
   5811 PINE AVENUE, SUITE A
7  CHINO HILLS, CA 91709
   TELEPHONE NO. (909) 597-2445
8  FACSIMILE NO.  (909) 597-6199
   EMAIL DLIPINSKY@AOL.COM
9
10 Attorneys for Plaintiff AMY CASEY individually and all others similarly situated

11                    UNITED STATES DISTRICT COURT
12                    CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN ROGERS, an individual, and AMY CASEY, an individual, on behalf of themselves, and on behalf of all employees similarly situated, | Case No.: 5:14-cv-02069-JGB-SP <br><br> **CLASS ACTION** <br><br> <u>Assigned for All Purposes To:</u> <br> <u>Judge: Jesus G. Bernal</u> |
| Plaintiffs, | |
| vs. | **PLAINTIFF'S NOTICE OF WITHDRAWAL OF DOCKET ENTRY NOS. 52 AND 53 REGARDING PLAINTIFF'S APPLICATION TO FILE DOCUMENTS UNDER SEAL PURSUANT TO LOCAL RULE 79-5** |
| THD AT-HOME SERVICES, INC. dba HOME DEPOT, a Delaware Corporation;  US REMODELERS dba HOME DEPOT INTERIORS, a Delaware Corporation; US HOME SYSTEMS. INC., an unknown corporation, and DOES 1 through 100, inclusive, | |
| | Date:       June 13, 2016 <br> Time:       9:00 a.m. <br> Courtroom:  1 |
| Defendants. | Complaint Filed:  July 14, 2014 <br> Removed: October 6, 2014 <br> Amended Complaint:  January 29, 2015 |

-1-
NOTICE OF WITHDRAWAL OF DOCKET ENTRY NOS. 52 AND 53 REGARDING
PLAINTIFF'S APPLICATION TO FILE DOCUMENTS UNDER SEAL

**TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**NOTICE IS HEREBY GIVEN that**, Plaintiff Amy Casey ("Plaintiff"), on behalf of herself and a Class of similarly situated current and former sales consultant employees of Defendants THD AT-HOME SERVICES, INC. dba HOME DEPOT US REMODELERS dba HOME DEPOT INTERIORS, and US HOME SYSTEMS. INC. (referred to as "Defendants") (collectively, "the parties"), hereby respectfully withdraws the documents related to Plaintiff's Application to File Exhibits M, N, and O to the Quintilone Declaration (see Doc. Nos. 50, 50-13, 50-14, 50-15) in Support of Plaintiff's Motion for Class Certification (Doc. No. 49), as submitted at Doc. Nos. 52 and 53, as follows:

Doc. No. 52 (Application to Seal); Doc. No. 52-1 (Proposed Order Granting Application); Doc. No. 52-2 (Redacted Exhibit M); Doc. No. 52-3 (Redacted Exhibit N); Doc. No. 52-4 (Redacted Exhibit O); and

Doc. No. 53 (Lindsay Declaration regarding Sealing); Doc. No. 53-1 (Unredacted Exhibit M); Doc. No. 53-2 (Unredacted Exhibit N); and Doc. No. 53-3 (Unredacted Exhibit O).

Following the submission of the above documents on **April 26, 2016**, the parties' counsel conducted multiple meet and confer sessions and exchanged correspondence in an effort to agree upon the contents of Exhibits M-O which could be filed with the Court in unredacted form. As a result of the meet and confer efforts, the parties' counsel have agreed that Plaintiff will file the following amended documents as explained below:

1. **Exhibit M** (entitled "Store Connectivity") to the Quintilone Declaration, originally filed with a place holder at Doc. No. 50-13, in redacted form at Doc. No. 52-2, and in unredacted form at Doc. No. 53-1, will be filed as a new document, in redacted form, along with an Application to Seal it and then a Declaration and a copy in unredacted form for approval. This is the only exhibit that will be re-filed in any redacted form, and includes redactions on only one page. The remaining exhibits are

filed without redactions, but Exhibit N has fewer pages than before after the parties agreed certain pages would be removed from the originally submitted Exhibit M (pages Bates labeled HD-ROGERS-0000707-708 and HD-ROGERS-0000763-765).

2. **Exhibit N** (entitled "HDI On-boarding for Sales Consultants") to the Quintilone Declaration, originally filed with a place holder at Doc. No. 50-14, in redacted form at Doc. No. 52-3, and in unredacted form at Doc. No. 53-2, will be filed as a new document, in unredacted form, in support of the Quintilone Decl. (Doc. No. 50) and the Motion for Class Certification (Doc. No. 49); and

3. **Exhibit O** (entitled "Home Depot Interiors – Sales Consultants – Time in Stores") to the Quintilone Declaration, originally filed with a place holder at Doc. No. 50-15, in redacted form at Doc. No. 52-4, and in unredacted form at Doc. No. 53-3, will be filed as a new document, in unredacted form, in support of the Quintilone Decl. (Doc. No. 50) and the Motion for Class Certification (Doc. No. 49).

Dated:  May 4, 2016                                QUINTILONE & ASSOCIATES

By: _____
RICHARD E. QUINTILONE II,
ALVIN B. LINDSAY
Attorneys for Plaintiff AMY CASEY
individually and on behalf of all
employees similarly situated

NOTICE OF WITHDRAWAL OF DOCKET ENTRY NOS. 52 AND 53 REGARDING PLAINTIFF'S APPLICATION TO FILE DOCUMENTS UNDER SEAL

# PROOF OF SERVICE

I, the undersigned, declare as follows:

I am a citizen of the United States, over the age of 18 years, and not a party to the within action. I am an employee of or agent for Quintilone & Associates, whose business address is 22974 El Toro Rd., Suite 100, Lake Forest, CA 92630-4961.

On **May 4, 2016**, I served the foregoing document(s):

**PLAINTIFF'S NOTICE OF WITHDRAWAL OF DOCKET ENTRY NOS. 52 and 53 REGARDING PLAINTIFF'S APPLICATION TO FILE DOCUMENTS UNDER SEAL PURSUANT TO LOCAL RULE 79-5**

on the following parties in this action addressed as follows:

## SEE ATTACHED SERVICE LIST

_____ *(BY MAIL)* I caused a true copy of each document, placed in a sealed envelope with postage fully paid, to be placed in the United States mail at Lake Forest, California. I am "readily familiar" with this firm's business practice for collection and processing of mail, that in the ordinary course of business said document(s) would be deposited with the U.S. Postal Service on that same day. I understand that the service shall be presumed invalid if the postal cancellation date or postage meter date on the envelope is more than one day after the date of deposit for mailing contained on this affidavit.

_____ *(BY PERSONAL SERVICE)* I delivered each such document by hand to each addressee above.

_____ *(BY OVERNIGHT DELIVERY)* I caused a true copy of each document, placed in a sealed envelope with delivery fees provided for, to be deposited in a box regularly maintained by Federal Express or Overnight Express. I am readily familiar with this firm's practice for collection and processing of documents for overnight delivery and know that in the ordinary course of Quintilone & Associates' business practice the document(s) described above will be deposited in a box or other facility regularly maintained by Federal Express or Overnight Express or delivered to a courier or driver authorized by Federal Express or Overnight Express to receive documents on the same date it is placed at Quintilone & Associates for collection.

_____ *(BY FACSIMILE)* By use of facsimile machine number 949.458.9679, I served a copy of the within document(s) on the above interested parties at the facsimile numbers listed above. The transmission was reported as complete and without error. The transmission report was properly issued by the transmitting facsimile machine.

\_\_\_X\_\_ *(BY E-MAIL)* I caused a true and correct copy of each document to be delivered by Electronic Mail through the Court's ECF System.

Executed on **May 4, 2016** at Lake Forest, California.

\_\_\_X\_\_\_\_ (**FEDERAL**) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

_____ (**STATE**) I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

_____
ALVIN B. LINDSAY

-1-
PROOF OF SERVICE

## SERVICE LIST

| | |
|---|---|
| Joel Cohn, Esq.<br>Donna M. Mezias Esq.<br>Ashley Keapproth, Esq.<br>Liz K. Bertko Esq.<br>Akin Gump Strauss Hauer & Feld LLP<br>580 California Street, Suite 1500<br>San Francisco, CA 94104<br>Telephone: 415.765.9500<br>Facsimilie: 415.765.9501<br>jcohn@akingump.com<br>dmezias@akingump.com<br>akeapproth@aikingum.com<br>lbertko@akingump.com | Attorneys for Defendants<br>. |
| Daren H. Lipinski Esq.<br>Brown & Lipinski<br>5811 Pine Avenue, Suite A<br>Chino Hlls, California 91709<br>Tel (909) 597-2445<br>Fax (909) 597-6199<br>Email dlipinsky@aol.com | Co-Counsel for Plaintiffs and Class |

Q&A Case No.: 14.01174